UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

United States of America

v.                                                                      26-MJ-901

Russell McDade, Sr., et al

## ORDER GRANTING MOTION TO PUBLISH A REDACTED AFFIDAVIT AND SEALING MOTION TO PUBLISH REDACTED AFFIDAVIT

Upon the motion of the United States, and good cause appearing therefor,

IT IS HEREBY ORDERED, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin, that the government's motion to file redacted affidavit in support of a criminal complaint and search warrants be **GRANTED**, and that the motion itself be **SEALED** until further order of this Court.

SO ORDERED this ___6th___ day of May, 2026.

_____
HONORABLE NANCY JOSEPH
United States Magistrate Judge