# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**OTIS LOCKETT
MARTIN L. SINCLAIR
SER JIMMY L. SHEPHERD**

**ARRAIGNMENT
AND PLEA MINUTES**

CASE NUMBER **26-CR-94**

---

HONORABLE Nancy Joseph, presiding
Deputy Clerk: Ross M.
Hearing Held: May 7, 2026 at 10:30 a.m.

Court Reporter:  Liberty
Hearing Began:  10:36 a.m.
Hearing Ended:  10:45 a.m.

**Appearances:**

UNITED STATES OF AMERICA by:  Katherine Halopka-Ivery
Otis Lockett, in person, and by:  Angela Kachelski for Jeffrey Jensen    ☑ CJA ☐ FDS ☐ RET
Martin L. Sinclair, in person, and by:  Jeffrey Purnell    ☐ CJA ☐ FDS ☑ RET
Ser Jimmy L. Shepherd, in person, and by:  Angela Kachelski    ☑ CJA ☐ FDS ☐ RET
U.S. PROBATION OFFICE by:  *Excused*
INTERPRETER:  ☑ None   ☐ Sworn

---

☑ Original Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Misdemeanor    ☑ Felony

Speedy Trial Date: <u>July 14, 2026</u>
Final Pretrial Conf.: <u>TO BE SET</u>
Jury Trial Date: <u>TO BE SET</u>
Trial Length Estimate: <u>3 weeks</u>

District Judge: <u>Brett H. Ludwig</u>
Bond Judge: <u>Nancy Joseph</u>
Magistrate Judge: <u>Stephen C. Dries</u>

---

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
☑ Defendant advised of charges, penalties, and fines
☑ Copy of indictment received by defendant
   ☐ Indictment read   ☐ defendant waives reading
☑ Not guilty plea entered by: ☑ defendant as to Sinclair and Shepherd   ☑ the court as to Lockett
☑ Expanded discovery policy applies (*See* Order below)
   Discovery available: <u>quickly as possible</u>

☑ Government to disclose grand jury materials one day prior to trial
☐ Oral Motion for Complex Designation
   ☐ Granted   ☐ Denied
   ☐ Referred to Stephen C. Dries
☑ Case designated complex

☑ Pretrial Scheduling Conference requested by the Government
☑ **Counsel Only Scheduling Conference set for: May 14, 2026 at 9:30 a.m. before Magistrate Judge Stephen C. Dries**

---

<u>Maximum Penalties:</u>
As to Martin L. Sinclair:
**Count 29** – INC: 20 years; FINE: $500,000; SR: 2 years; SA: $100.
**Count 30** – INC: mandatory minimum 10 years-life; FINE: $10,000,000; SR: mandatory minimum 5 years-life; SA: $100.
**Count 31** – INC: 15 years; FINE: $250,000; SR: 2 years; SA: $100.

As to Ser Jimmy Shepherd:
**Count 30** – INC: mandatory minimum 10 years-life; FINE: $10,000,000; SR: mandatory minimum 5 years-life; SA: $100.
**Count 32** – INC: mandatory minimum 5 years-40 years; FINE: $5,000,000; SR: mandatory minimum 4 years-life; SA: $100.

As to Otis Lockett:
**Count 22** – INC: 20 years; FINE: $500,000; SR: 3 years; SA: $100.
**Count 23** – INC: mandatory minimum 5 years-40 years; FINE: $5,000,000; SR: mandatory minimum 4 years-life; SA: $100.
**Count 24** – INC: mandatory minimum 5 years-40 years; FINE: $5,000,000; SR: mandatory minimum 4 years-life; SA: $100.
**Count 25** – INC: mandatory minimum 5 years-life, consecutive to any other sentence; FINE: $250,000; SR: 5 years; SA: $100.
**Count 26** – INC: 15 years; FINE: $250,000; SR: 3 years; SA: $100.
**Count 27** – INC: mandatory minimum 30 years-life; FINE: $250,000; SR: 5 years; SA: $100.

As to Martin L. Sinclair, Ser Jimmy Shepherd, and Otis Lockett:
Forfeiture Notice.

Bond Status:
As to Martin L. Sinclair, Ser Jimmy Shepherd, and Otis Lockett:
Detention continued as previously set.

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.