# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DETENTION HEARING** |
| v. | CASE NUMBER **26-cr-94** |
| **RUSSELL V. MCDADE** | |

---

HONORABLE WILLIAM E. DUFFIN, presiding      Court Reporter: Liberty
Deputy Clerk: Alex V.      Hearing Began: <u>1:01 p.m.</u>
Hearing Held: May 11, 2026, at 1:00 p.m.      Hearing Ended: <u>1:03 p.m.</u>

**Appearances:**
UNITED STATES OF AMERICA by: Katie Halopka-Ivery
Russell V. McDade, in person, and by: Gabriela Leija for Scott Stebbins      ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Mai Lor
INTERPRETER: ☑ None ☐ Sworn

---

☐     Defendant consents to proceed via video
☑     Defendant is ordered detained pending trial (*See* Order of Detention Pending Trial)
☐     Court orders federal detainer
☐     Detention Hearing continued to:
☐     Defendant is released on:    ☐ O/R bond    ☐ Unsecured bond in the amount of <u>Amount</u>
                                      ☐ Bond Secured by: ☐ Cash ☐ Property ☐ Cash/Property
                                      ☐ *See* Order Setting Conditions of Release

---

The government moved for detention. The defendant rested on the presumption and reserve the right to argue detention at a later date.

The Court ordered the defendant detained.